No. 72–5911.   McCants v. United States.   C. A. 3d Cir.   Certiorari denied.

No. 72–5913.   Wilson v. United States.   C. A. 7th Cir.   Certiorari denied.

No. 72–5929.   Moore v. United States.   C. A. 7th Cir.   Certiorari denied.

No. 72–5931.   Haywood v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 72–5933.   Henriques v. Immigration and Naturalization Service et al.   C. A. 2d Cir.   Certiorari denied.

No. 72–5942.   Hines v. United States.   C. A. 3d Cir. Certiorari denied.

No. 72–5987.   Halpern v. Zelker, Correctional Superintendent.   C. A. 2d Cir.   Certiorari denied.

No. 72–6008.   Di Maggio v. Cady, Warden.   C. A. 7th Cir.   Certiorari denied.

No. 72–6015.   Partin v. Ohio.   Ct. App. Ohio, Lucas County.   Certiorari denied.

No. 72–6020.   Scasserra v. Pennsylvania State Civil Service Commission.   Sup. Ct. Pa.   Certiorari denied.

No. 72–6022.   Millinger v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 72–6024.   Thibadoux v. United States et al. C. A. 2d Cir.   Certiorari denied.

No. 72–6027.   Smith v. North Carolina.   Sup. Ct. N. C.   Certiorari denied.